IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

**FILED**

APR 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

KEVIN HARGROVE, # 23824-016
FCI Rivers CI   Pre. SE,
POB 630          Plaintiff(s),
Winton, NC 27986-0630

   -vs-

BERNARD GOODING, MICHAEL NIAS,
JACINDA HENCERSON, MELANIE SMITH,
GREGORY HARRISON, COURT SERVICES
OFFENDER SUPERVISION AGENCY,
DISTRICT OF COLUMBIA, ET AL.,

    Defendant(s).

:
:
:
:
:
:
:
:
:
:

JURY ACTION

Case: 1:08-cv-00743
Assigned To : Roberts, Richard W
Assign. Date : 4/29/2008
Description: Pro Se Gen. Civil

## COMPLAINT FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

Plaintiff, moving pro se, respectfully request that this Honorable Court construe his pleading liberally in light of United States Supreme Court precedent in Haines v. Kerner, 404 U.S. 519 (1972).

**COMES NOW**, Plaintiff(s), Kevin Hargrove,

   and complains against the defendant(s) as follows:

**RECEIVED**

MAR 3 1 2008

Clerk, U.S. District and
Bankruptcy Courts

## PRELIMINARY STATEMENT

This is an action seeking monetary damages stemming from injuries that Plaintiff(s) received at the hands of the Defendant(s) as a result of their INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.

## JURISDICTION AND VENUE

This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1331 and §1314 since the amount in controversy exceeds $900,000 exclusive of interests and costs and there is no diversity of citizenship.

Venue is proper in this judicial district pursuant to 28 U.S.C. §1391(b)(e) because the events giving rise to this claim took place in the judicial District of Colombia.

The complaint contains detailed allegations concerning the court Services Offender Supervision Agency Employees and their supervisors under color of District of Columbia Law of it's residents. These allegations are more than sufficient to establish personal jurisdiction over the Court Services and Offender Supervision Agency under governing law.

## PARTIES

Plaintiff, Kevin Hargrove is a citizen of the District of Columbia whom resides at 3084 Stanton Road, S.E.#101, (202)484-6035

Defendant(s).

Defendant(s).

Defendant(s) Bernard Gooding is a treatment specialist under the TIPS Court Services Offender Supervision Agency whose job is to review documents provided by CSOSA that consist of CSOSA toxicology results. CSOSA SMART Drug urine testing history reports, Bureau of Prisons reports, as well as D.C. Superior Court(PSI) Reports in order to make an accurate informed recommendation based on the facts therein.

Defendant(s) Michael Nias is the supervisor of the Defendant Bernard Gooding whose job is to oversee that all of the recommendations made by the Defendant Bernard Gooding are based solely on the facts.

Defendant(s) Jacinda Hencerson C.S.O. at the Halfway House at 2844 Lanster Lane,S.E. Washington  D.C. has first hand knowledge of the Defendant Bernard Gooding intent to inflict distress with recommendation for the Plaintiff, this is reflected in her own daily rolling reports.

-3-

Defendant(s) Melanie Smith is the Plaintiff Community Supervisor Officer at 3850 South Capitol St.,S.E.,Washington D.C., Telephone No. (202) 585-7622 who requested the recommendation.

Defendant(s) Gregory Harrison is the Supervisor of the Defendant Melanie Smith at 3850 South Capitol St.,S.E. whose job it is to train and  oversee her work.

Defendant(s) The Court Services and Offender Supervision Agency at 300 Indiana Ave., N.W. Washington, D.C. is the employers of all of the above named Defendant(s).

Defendant, the District of Columbia is the Government Entity who supervise and oversee the veracity of the work of all of the Defendant(s) in this case. The Defendant, District of Columbia Government has successfully negated all of its responsibilities for the Court Services Offender Supervision Agency.

### FACTUAL ALLEGATIONS

It is a fact that on June 26, 2006, the Defendant Bernard Gooding, reviewed the following documents provided by CSOSA that included, CSOSA Toxicology results dated 4-8-05. CSOSA, SATB referral form dated 6-20-06. CSOSA Smart Drug Urine Testing history reports dating back (20) years starting from the date of 6-26-06. Bureau of Prisons report dated 2-27-06. D.C. Superior Court (PSI) Report dated 6-9-93. All of these documents used in conjugation was to be the basis of the facts on which he was to make an informed accurate recommendation based on the facts therein. In his analysis of absolutely no usage of the drug P.C.P. recorded in all of the above documents, save one. Defendant Bernard Gooding conclude that the Plaintiff experienced phychosis due to

-4-

chronic usage of the drug P.C.P.. This he conjectured based solely on a (25) year old statement in a (P.S.I.) report not made or given by the Plaintiff by his total disregard of the facts in these documents in favor of intentional infliction of emotional distress by knowingly and willfully falsifying a Government document, despite being informed by Plaintiff C.S.O. the Defendant, Ms. Jacinda Hencerson that she had verified absolutely no P.C.P. usage by the Plaitiff. By breach of his duty of care the defendant upheld his fabricated recommendation, that has damaged the Plaintiff's civil liberties where by not showing normal care by his extreme and outrageous conduct.

It is a fact that on 6/28/06 the defendant Ms. Jacinda Hencerson, the halfway house C.S.O. on *6/28/06* had first hand knowledge of the defendant Bernard Gooding intentional infliction of emotional distress by his falsification of a government document in his recomendation of a (7) days detoxification and a (28) days residential substance abuse treatment for a non-existent chronic usage of P.C.P. by the Plaintiff. This Defendant Jacinda Hencerson reviewed with the Plaintiff over (20) years of smart drug urine testing history and verified absolutely no P.C.P. usage then called to inform the defendant Bernard Gooding that the Plaintiff refused to sign his falsified document without a lawyer's consent and after extreme mental emotional, phsychological duress and threat of lost of liberty the Plaintiff signed it under duress.

-5-

This fact is reflected in her own daily rolling record report's but this defendant by breach of duty of care did not nullify Defendant Gooding intentionally fabricated recommendation that damaged the Plaintiff's civil liberties where not showing normal care.

It is a fact that the defendant Mr. Michael Nias is the supervisor of the defendant Bernard Gooding whose job is to train verify the veracity of all of the recommendations made by his staff to insure that all recommendations are solely based on the facts and not falsification prior to signaturing an intentionally emotional distressing recommendation made by the defendant Bernard Gooding by breach of his duty of care that has damaged the Plaintiff's civil liberties, where by not showing normal care.

It is a fact that the defendant Ms. Melanie Smith is the Plaintiff's community supervision officer who requested the referral form recommendation and knowingly and willfully allowed the defendant Bernard Gooding's fabricated emotionally distressful falsification of a government document to prevail knowing the Plaintiff had no P.C.P. usage ever. This defendant Ms. Melanie Smith repeatedly and forcefully threatened the Plaintiff with and unjustifiable lost of his liberty by breach of her duty and care and has damaged the Plaintiff civil liberty, where by not showing normal care.

It is a fact that the defendant Mr. Gregory Harrision is the Supervisor of the Defendant Ms. Melanie Smith whose job is to train oversee and verify the veracity of all of the recomendation

made by the defendant Ms. Melanie Smith to insure that all of her recommendations are based solely on the facts and not falsification prior to signaturing any recommendations made by the defendant Ms. Smith that has by breach of duty of care damaged the Plaintiff's civil liberties where by not showing normal care.

It is a fact that the defendant The Court Services and Offender Supervision Agency is a District of Columbia Government Agency who hires, trains and oversee. And verifys the veracity of all of the defendant(s) in this case by breach of duty of care this Defendant CSOSA whose duty it is to employ and train then supervise competent experienced reputable professionals, that do not need to fabricate the falsification of government documents. That has damaged the Plaintiff's civil liberties where by not showing normal care.

It is a fact that the defendant the District of Columbia is the Government entity who oversees and supervises the veracity of the work of all of the defendants in this case. The defendant, the District of Columbia government has by breach of duty of care successfully rendering this agency with absolutely no checks or balances, this which has damaged the Plaintiff's civil liberties where by not showing normal care.

## CLAIMS FOR RELIEF

Defendant Bernard Gooding is a treatment specialist hired by CSOSA under the TIPS Performance Contract. At his place of employment while acting within the scope of his employment on 6/26/06, this defendant knowingly and willfully disregarded all

-7-

of the documents provided by CSOSA as well as over (20) years of

Smart Drug Urine Testing in its totality of the fact in favor

of the intentional infliction of emotional distress by the

falsification of a government document. That negligently omitted

the truth by unjustifiably misapplying a (25) year old

statement in a (PSI) report  not made or given by this Plaintiff

by and through his total disregard of the truth, the defendant

did damage the Plaintiff's civil liberties.

Defendant(s) Michael Nias is the supervisor of the defendant

Bernard Gooding who was hired by CSOSA under the TIPS Performance

Contract to supervise, train and verify the veracity of all of the

recommendations made by the defendant to insure that all of

his recommendations are based on facts and not falsification. This

defendant Michael Nias knowingly and willfully within the scope

of his employment negligently omitted all of his supervisor duties

by signing a fabricated falsification of a government document

that did damage the Plaintiff's civil liberties.

Defendant(s) Jacinda Hencerson is the Parole Officer who at

her place of employment while acting within the scope of her

employment on 6/28/06, the defendant had first hand knowledge

of the defendant Bernard Gooding intentional infliction of

emotional distress this defendant negligently, knowingly and

willfully allowed the defendant Bernard Gooding to omit the

truth and upheld his falsification allowing his lie to prevail

by and through her total disregard of the truth the defendant

did damage the Plaintiff's civil liberties.

Defendant(s) Melanie Smith is the Plaintiff's Community
Supervision Officer who requested the referral form recommendation
knowing the Plaintiff has negative P.C.P. Drug usage who at her
place of employment while acting within the scope of her
employment did knowingly and willfully allowed the defendant's
Bernard Gooding fabricated emotionally distressful falsification
of a government document to prevail. This defendant negligently
upheld his lie by forcefully threatening this Plaintiff with the
lost of his civil liberty by and through her omitting the truth.
the defendant has and did damage the Plaintiff's civil liberty.

Defendant(s) Gregory Harrison is the supervisor of the
defendant Melanie Smith who was hired by CSOSA to supervise
train and verify the veracity of all of the recommendations
made by the defendant to insure that all of her recommendations
are based on facts and not falsification. This defendant Gregory
Harrison knowingly and willfully within the scope of his
employment negligently omitted all of his supervisor's duty
signatured a fabricated falsification of a government document
that has and did damage the Plaintiff's civil liberties.

Defendant(s) The Court Services and Offender Supervision
Agency is the District of Columbia Government Agency who hires
train and oversees and verifies the veracity of all of the
defendant's in this case. This defendant CSOSA whose duty it is
to employ and train them. Supervise competent experienced
reputable professionals that do not need to fabricate the
falsification of Government documents. That has and did damage
the Planitiff's civil liberties by its employees acting within

-9-

the scope of their employment negligently.

Defendant(s) The District of Columbia is the Government entity who oversees supervises the veracity of the work of all of the defendants in the case acting within the scope of their employment. The defendant the District of Columbia Government has successfully omitted and negated all of its responsibilities for the defendant's The Court Services and Offender Supervision Agency thereby successfully rendering the Agency with absolutely no checks or balances, this which has negligently damage the Plaintiff's civil liberties.

As a direct result of the Defendant(s) negligence, the Plaintiff Kevin Hargrove suffered physical bodily injuries as the defendant(s) willful negligence has caused a (2) year delay of gravely needed medical attention, this Plaintiff has suffered mental agony emotional anguish as well as fininacial ruin. The Alienation of the affections of his wife and family.

And he remains in depression and in constant fear of losing his life because of the Defendamt's doings.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against defendant(s) for (compensatory damages)(punitive damages) costs and all such other and further relief the Court deems justified, necessary and proper.

## JURY TRIAL DEMANDED

Plaintiffs demand trial by jury of all issues triable by jury as of right.

Dated: _3/13/08_

Respectfully submitted,

_Kevin Hargrove_

Kevin Hargrove    <u>Pro</u> <u>Se</u>
Rivers Correctional Institution
Winton, N.C. Zip 27986



**Court Services and Offender Supervision Agency**
**for the District of Columbia**

*Community Justice Programs*
*Treatment Management Team*

## TIPS Performance Contract

**INMATE'S NAME:** Kevin Hargrove        **DCDC#185350**        **PDID#: 292603**

**TREATMENT SPECIALIST: TEAM:** Bernard Gooding     **Telephone #:** 202-442-1334
**FAX #:** (202) 442-1332              **SUPERVISOR: Michael Nias**

**FULL TERM DATE: 8/19/2011     SSN: 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     DOB: 3/18/1957**
**CURRENT ASI AVAILABLE:  No          DATE COMPLETED:  6/26/2006**

**PRESENTING PROBLEM (S):**

**Substance Abuse –** On 6/26/06, I reviewed the following documents provided for: Inmate Hargrove 292603

- CSOSA Toxicology Results (4/8/05)
- CSOSA SATB Referral Form (6/20/06) – Special Drug Aftercare Condition
- CSOSA SMART Treatment History Page (6/26/2006)
- DC SUPERIOR COURT Presentence Report (PSI) (6/9/93
- Bureau of Prisons (2/27/06)

Based on the information reviewed, it appears that Mr. Hargrove is a candidate for residential treatment services. We are recommending Inmate Hargrove complete 28-120 days of residential substance abuse treatment.  His/her signature below is an acknowledgement that he/she will participate in the treatment program.
**Mental Health:** Inmate reports previously experiencing psychosis due to chronic PCP usage.
**Physical Health:** Inmate has chronic arthritis in both of his knees and is medicated on Ibuprofen.
**Parole Release SPECIAL CONDITIONS:**

- Special Drug Aftercare Condition

### Short Term Goals

1. Comply with all United States Parole Commission Parole Release Conditions and Special Conditions.
2. Comply with all Court Services and Offender Supervision Agency/ Community Supervision Services policies, procedures and requirements governing community supervision.
3. Successfully enter and complete the all substance abuse programs and aftercare as recommended by your treatment team and community supervision officer.
4. Abstain from all alcohol and other intoxicants/mood altering substances.
5. Comply with the rules and regulations of all programs.

### Long Term Goals:

1. Complete abstinence from all mood-altering chemicals including alcohol, and all illicit drugs.
2. Complete parole release term.
3. Develop and learn how to apply a relapse prevention plan.

_____                    _____
Inmate Signature/DATE                               Treatment Specialist Signature/DATE


_____                    _____
TIPS CSO Signature/ DATE                            Supervisory Treatment Specialist Signature/DATE

8/1/06 3:49 PM

CSOSA Field Supervision — Running Record

Name: KEVIN HARGROVE    CSOSA:    138696

| Contact Date | Next Contact | Contact Type | Contacted By | Contact With | Location | Purpose |
|---|---|---|---|---|---|---|

**Notes:** STAFFING COMPLETED regarding inmate's request to have attorney review CIT recommendation prior to signing with SCSO Mays-Jacks. CSO informed his request was a CIT issue and should be directed accordingly. Based on this information, will notify CIT (Bernard Gooding) of same and inmate. (L.E.)

*Look At This* ↗

---

| 7/21/2006 | | Fax | Jacinda Henderson | None | Halfway House | Investigation |

**Notes:** RELEASE PLAN received dated 7/20/06 indicating Residence with wife Julia Simpson at 3084 Stanton Road SE, Apt. 101, WDC 20020, phone (202) 464-6035. No employment reported. Will sign same and forward with reporting instructions ASAP.

---

| 7/13/2006 | | Telephone | Jacinda Henderson | Friend | Halfway House | Verify Home |

**Notes:** RE-VERIFIED HOUSING: Due to home investigation completed by TIPS Team 50 (CSO Kelly Hines) within the 90 days timeframe, made TC with friend Julia Simpson who confirmed inmate may still reside with her at 3084 Stanton Road Apt. #101 SE Washington, DC 20020 home 202-484-6035 cell 202-484-9308. She reported she plans to move soon after inmate is released on 8/4/2006. Informed inmate will have to report any changes to address to assigned supervision officer. Based on this information, residence appears suitable for inmate's release. Inmate issued and signed reporting instructions. Directed to report to OPU with release papers and photo ID on halfway house release date.

---

| 7/12/2006 | | E-Mail | Jacinda Henderson | SCSO | Halfway House | Consultation |

**Notes:** SCSO STAFFING/REVIEW REQUEST sent via email for consultation regarding performance contract being faxed to inmate's attorney sent to SCSO Mays-Jacks for review and direction. Will follow up on 7/13/2006.

---

| 7/12/2006 | | In Person | Jacinda Henderson | Inmate | Halfway House | Treatment |

**Notes:** PERFORMANCE CONTRACT/REQUEST FOR SAME TO BE FAXED TO ATTORNEY. Performance contract reviewed with inmate. Requested same be faxed to the Public Defender's Office prior to him signing. Stated he was told by his attorney to do so. Inmate informed, this CSO must check with SCSO and/or legal department prior to faxing treatment due to confidentiality concerns. Directed to report to office on 7/13/2006 for follow up. Will request SCSO consultation regarding same.

---

| 6/29/2006 | | Telephone | Jacinda Henderson | Treatment Specialist | Halfway House | Consultation |

**Notes:** CIT CONSULTATION completed with Treatment Specialist Bernard Gooding, this CSO and inmate. Mr. Gooding explained his recommendation regarding residential treatment placement. Inmate requested email copy. He was informed by this CSO he would have to make a written request under FOIA for same. Inmate stated he IS NOT REFUSING TREATMENT. He was informed a CURRENT TB TEST IS NEEDED. HE WAS DIRECTED TO OBTAIN SAME ON 6/30/2006. Upon receipt of the result, same will be forwarded to Mr. Gooding for processing.

---

∨ | 6/28/2006 | | In Person | Jacinda Henderson | Inmate | Halfway House | Treatment |

**Notes:** CONSULTATION COMPLETED REGARDING CIT RESIDENTIAL TREATMENT RECOMMENDATION. Consultation completed with inmate regarding treatment recommendation. He expressed contention regarding alleged "chronic PCP use" and drug testing results for past opiates use. Stated he was on prescribed medication (SMART drug tests results appear to confirm). Based on the aforementioned, inmate requests to speak with Treatment Specialist (Bernard Gooding) prior to his response regarding treatment. Email request sent regarding same. Response is pending. Will follow up on 6/29/2006.

*Look Yes* →

---

The information contained is for official use only and is protected by Federal Privacy Act of 1974, 5 U.S.C. 552a(2000).

Welcome Melanie Smith! | Supervision - CSO | **BO Reports** | **GPS** | **Help**

# SMART

| Home | Offender | Supervision | *Drug Testing* | Assessment | Victim | Treatment | Investigation | Violation | Community Service | Vote |
|------|----------|-------------|---------------|------------|--------|-----------|---------------|-----------|-------------------|------|

*Drug Testing*

**KEVIN HARGROVE**                                                                                    **PDI**

                                                                                                      **CSOSA:**

## Drug Testing History

**Link to Drug Test Report**

| Test Date | Description | AMP | COC | METH | OPI | PCP | MARI | ALC | CREA | Result Status | Compl | Specimen # | Comm |
|-----------|-------------|-----|-----|------|-----|-----|------|-----|------|---------------|-------|-----------|------|
| 03/12/2007 | Surveillance | - | - | - | - | - | - | - | - | TurnedIn | - | 31636977 | |
| 03/08/2007 | Surveillance | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31632635 | |
| 03/05/2007 | Surveillance | - | Neg | - | Neg | - | Neg | Pos | Neg | - | NO | 31625339 | |
| 03/01/2007 | Surveillance | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31620809 | |
| 02/26/2007 | Surveillance | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31613406 | |
| 02/22/2007 | Surveillance | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31608900 | |
| 02/15/2007 | Surveillance | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31599425 | |
| 02/12/2007 | Surveillance | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31592388 | |
| 02/08/2007 | Surveillance | - | Neg | - | Neg | - | Neg | Pos | Neg | - | NO | 31587995 | |
| 02/05/2007 | Surveillance | - | - | - | - | - | - | - | - | NoReport | NO | 31580688 | |
| 02/01/2007 | Surveillance | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31576066 | |
| 01/29/2007 | Surveillance | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31569183 | |
| 01/25/2007 | Surveillance | - | Neg | - | Neg | - | Neg | Pos | Neg | - | NO | 31564743 | |
| 01/22/2007 | Surveillance | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31557437 | |
| 01/18/2007 | Surveillance | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31552946 | |
| 01/11/2007 | Surveillance | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31543165 | |
| 01/08/2007 | Surveillance | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31535710 | |
| 01/04/2007 | Surveillance | - | Neg | - | Neg | - | Neg | Pos | - | - | NO | 31531185 | The creatinine sample is 14 m Creatinines less mg/dl may indi loading. |
| 12/28/2006 | Surveillance | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31521988 | |
| 12/21/2006 | Surveillance | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31512755 | |
| 12/18/2006 | Surveillance | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31507029 | |
| 11/13/2006 | Surveillance | - | - | - | - | - | - | - | - | Excused | NA | 31447938 | Due to offender inpatient treatm CSO M.Smith. |
| 11/09/2006 | Surveillance | - | - | - | - | - | - | - | - | Excused | NA | 31444682 | Due to offender inpatient treatm CSO M.Smith. |
| 11/06/2006 | Surveillance | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31437075 | |
| 11/02/2006 | Surveillance | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31432361 | |
| 10/30/2006 | Surveillance | - | Neg | - | Neg | - | Neg | Pos | Neg | - | NO | 31425000 | |
| 10/26/2006 | Surveillance | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31420477 | |
| 10/23/2006 | Surveillance | - | Neg | - | Pos | - | Neg | Neg | Neg | - | NO | 31413094 | |
| | | | | | | | | | | | | | Offender excus |

*(Handwritten annotation: "Offender provide Prescription TYLENOL #3 Codein K.H.")*

| Date | Type | | | | | | | | Excused | NA | ID | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/19/2006 | Surveillance | - | - | - | - | - | - | - | - | | 31408756 | testing due to c on 10/19/2006 |
| 10/16/2006 | Surveillance | Neg | - | Neg | - | Neg | Pos | Neg | - | NO | 31401153 | |
| 10/12/2006 | Surveillance | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31396573 | |
| 10/05/2006 | Surveillance | Neg | - | Neg | - | Neg | Pos | Neg | - | NO | 31386878 | |
| 10/02/2006 | Surveillance | Neg | - | Neg | - | Neg | Pos | Neg | - | NO | 31379305 | |
| 09/28/2006 | Surveillance | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31374866 | |
| 09/25/2006 | Surveillance | Neg | - | Neg | Pos | Neg | Neg | Neg | - | YES | 31367418 | |
| 09/21/2006 | Surveillance | Neg | - | Pos | - | Neg | Pos | Neg | - | NO | 31362810 | |
| 09/18/2006 | Surveillance | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31355431 | |
| 09/14/2006 | Surveillance | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31351023 | |
| 09/11/2006 | Placement | Neg | Neg | Neg | Neg | Neg | - | Neg | | YES | 31345313 | acetaminophen 8/7/2006 |
| 08/07/2006 | Spot | Neg | Neg | Pos | Neg | Neg | Pos | Neg | | NO | 31288349 | Offender provide for: Amoxicillin:Ace Heroin Metabol confirmed by G and Morphine c GCMS. |

JS-44
(Rev.1/05 DC)

08-743
RWR

**CIVIL COVER SHEET**

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|

I (a) PLAINTIFFS

Kevin Hargrove

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PR)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

\# 23824 - 016

DEFENDANTS

Bernard Gooding, et al,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:08-cv-00743
Assigned To : Roberts, Richard W.
Assign. Date : 4/29/2008
Description: Pro Se Gen. Civil

JURY ACTION

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**☐ A. Antitrust**

☐ 410 Antitrust

**☐ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Immigration
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant

☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

O

| □ G. *Habeas Corpus/ 2255* | □ H. *Employment Discrimination* | □ I. *FOIA/PRIVACY ACT* | □ J. *Student Loan* |
|---|---|---|---|
| □ 530 Habeas Corpus-General<br>□ 510 Motion/Vacate Sentence | □ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | □ 895 Freedom of Information Act<br>□ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | □ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| □ K. *Labor/ERISA (non-employment)* | □ L. *Other Civil Rights (non-employment)* | □ M. *Contract* | □ N. *Three-Judge Court* |
|---|---|---|---|
| □ 710 Fair Labor Standards Act<br>□ 720 Labor/Mgmt. Relations<br>□ 730 Labor/Mgmt. Reporting & Disclosure Act<br>□ 740 Labor Railway Act<br>□ 790 Other Labor Litigation<br>□ 791 Empl. Ret. Inc. Security Act | □ 441 Voting (if not Voting Rights Act)<br>□ 443 Housing/Accommodations<br>□ 444 Welfare<br>□ 440 Other Civil Rights<br>□ 445 American w/Disabilities-Employment<br>□ 446 Americans w/Disabilities-Other | □ 110 Insurance<br>□ 120 Marine<br>□ 130 Miller Act<br>□ 140 Negotiable Instrument<br>□ 150 Recovery of Overpayment & Enforcement of Judgment<br>□ 153 Recovery of Overpayment of Veteran's Benefits<br>□ 160 Stockholder's Suits<br>□ 190 Other Contracts<br>□ 195 Contract Product Liability<br>□ 196 Franchise | □ 441 Civil Rights-Voting (if Voting Rights Act) |

## V. ORIGIN

☒ 1 Original Proceeding  □ 2 Removed from State Court  □ 3 Remanded from Appellate Court  □ 4 Reinstated or Reopened  □ 5 Transferred from another district (specify)  □ Multi district Litigation  □ 7Appeal to District Judge from Mag. Judge

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 1983

## VII. REQUESTED IN COMPLAINT

CHECK IF THIS IS A CLASS  □  ACTION UNDER F.R.C.P. 23   DEMAND $ 0   Check YES only if demanded in complaint  JURY DEMAND: ☒ YES  □ NO

## VIII. RELATED CASE(S) IF ANY

(See instruction)  ☒ YES  □ NO   If yes, please complete related case form.

DATE 4/28/08    SIGNATURE OF ATTORNEY OF RECORD  NCD

## INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd