**FILED**

APR 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEVIN HARGROVE,

      Plaintiff(s),

  -vs-

BERNARD GOODING, MICHAEL NIAS,
JACINDA HENCERSON, MELANIE SMITH,
GREGORY HARRISON, COURT SERVICES
OFFENDER SUPERVISION AGENCY,
DISTRICT OF COLUMBIA, ET AL.,

      Respondent(s).

Case No. 08 0743

**MOTION FOR APPOINTMENT COUNSEL**

Pursuant to 28 U.S.C. §1915(e)(1) plaintiff(s) moves for an order appointing counsel to represent him in this case. In support of this motion, plaintiff states:

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

2. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has limited access to the law library and limited knowledge of the law.

3. A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses.

4. Plaintiff has made repeated efforts to obtain a lawyer.

5

**WHEREFORE**, plaintiff request that the court appoint counsel in this case.

Date: March 13, 2008

Respectfully submitted,

*Kevin Hargrove*
Kevin Hargrove, Plaintiff
Reg.No. 23824-016
P.O. Box 630
Rivers Correctional Inst.
Winton, NC  27896