UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Kevin Hargrove,** ) | |
| ) | |
| **Plaintiff,** ) | CA 1:08 –CV- 00743 |
| ) | Judge Richard Roberts |
| **v.** ) | |
| ) | |
| **Bernard Gooding,** *et al.* ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO ENLARGE THE TIME TO RESPOND TO THE COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b), Defendant the District of Columbia hereby respectfully requests an enlargement of time to on or before July 7, 2008, to respond to the complaint herein. A memorandum of Points and Authorities and proposed Order is attached hereto. Undersigned counsel was unable to obtain the consent of Plaintiff to this motion as he is *pro se* and is incarcerated in North Carolina.

WHEREFORE, The District respectfully requests that this Honorable Court grant its Motion to Enlarge and allow it until on or before July 7, 2008, to respond.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia


GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

        Samuel C. Kaplan
        SAMUEL C. KAPLAN (463350)
        Assistant Deputy Attorney General


        /s/ Carol A. Connolly
        CAROL A. CONNOLLY (468126)
        Assistant Attorney General
        441 Fourth Street, N.W., Suite 6S012
        Washington, D.C. 20001
        (202) 724-5611
        (202) 727-0431 (fax)
        E-mail: carol.connolly@dc.gov


        Copies filed and served electronically through eFiling for Courts, this 9th day of June 2008 and to: Kevin Hargrove at:

Mr. Kevin Hargrove
FCI Rivers CI
POB 630
Winton, NC 27986-0630


        /s/ Carol A. Connolly
        CAROL A. CONNOLLY (468126)
        Assistant Attorney General

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Kevin Hargrove,** ) | |
| ) | |
| **Plaintiff,** ) | **CA 1:08 –CV- 00743** |
| ) | **Judge Richard Roberts** |
| v. ) | |
| ) | |
| **Bernard Gooding,** *et al.* ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
## THE DISTRICT'S MOTION TO ENLARGE

The District of Columbia by and through undersigned counsel, respectfully submits this Memorandum of Points and Authorities in Support of its Motion to Enlarge, pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b). This Motion is made for good cause as explained below.

Fed. R. Civ. P. 6(b)(1) permits an enlargement of time, such as that requested herein, "if request therefor is made before the expiration of the period originally prescribed . . ." for cause shown.

In this case, the District's response is not due until June 12, 2008. As such, an enlargement should be granted because the request is made timely and is sought to ensure that the District is able to obtain all the necessary documents from the Department of Corrections in order to file a response. In addition, neither party will be prejudiced by this short extension of time nor will there be a disruption to these proceedings if the court grants the instant motion.

Based on the above, the District respectfully requests that this Honorable Court enter an Order pursuant to Fed. R. Civ. P. 6(b)(1), to allow it until on or before July 7, 2008, to file its Response to Plaintiff's Complaint.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

Samuel C. Kaplan
SAMUEL C. KAPLAN (463350)
Assistant Deputy Attorney General

/s/ Carol A. Connolly
CAROL A. CONNOLLY (468126)
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S012
Washington, D.C. 20001
(202) 724-5611
(202) 727-0431 (fax)
E-mail:  carol.connolly@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Kevin Hargrove,** ) | |
| ) | |
| **Plaintiff,** ) | **CA 1:08 –CV- 00743** |
| ) | **Judge Richard Roberts** |
| **v.** ) | |
| ) | |
| **Bernard Gooding,** *et al.* ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Upon consideration of the District's Motion to Enlarge, the Memorandum of Points and Authorities in Support thereof, the entire record herein, and it appearing that the relief should be granted, it is hereby:

ORDERED, that the District's Motion to Enlarge be, and hereby is, GRANTED, and it is FURTHER ORDERED, that the District's Response is due on or before July 7, 2008.

SO ORDERED.

DATE: _____          _____
                                                                RICHARD ROBERTS
                                                                United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Kevin Hargrove,** ) | |
| ) | |
| Plaintiff, ) | CA 1:08 –CV- 00743 |
| ) | Judge Richard Roberts |
| **v.** ) | |
| ) | |
| **Bernard Gooding,** *et al.* ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the District's Motion to Enlarge, the Memorandum of Points and Authorities in Support thereof, the entire record herein, and it appearing that the relief should be granted, it is hereby:

ORDERED, that the District's Motion to Enlarge be, and hereby is, GRANTED, and it is FURTHER ORDERED, that the District's Response is due on or before July 7, 2008.

SO ORDERED.

Date: _____

RICHARD ROBERTS
UNITED STATES DISTRICT COURT JUDGE