UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Kevin Hargrove,** ) | |
| ) | |
| **Plaintiff,** ) | CA 1:08 –CV- 00743 |
| ) | Judge Richard Roberts |
| **v.** ) | |
| ) | |
| **Bernard Gooding,** *et al.* ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO DISMISS

Defendant District of Columbia, by and through counsel, respectfully moves this Honorable Court to dismiss the above-referenced action pursuant to Fed. R. Civ. P. 12(b)(6) because Plaintiff's complaint fails to state a claim against the District of Columbia from which relief may be granted. In support of this Motion, the District has attached and incorporated hereto a Memorandum of Points and Authorities. Undersigned counsel was unable to obtain the consent of Plaintiff to this motion as he is *pro se* and is incarcerated in North Carolina.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Samuel C. Kaplan
SAMUEL C. KAPLAN (463350)
Assistant Deputy Attorney General

/s/ Carol A. Connolly
CAROL A. CONNOLLY (468126)
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S012
Washington, D.C. 20001
(202) 724-5611
(202) 727-0431 (fax)
E-mail:  carol.connolly@dc.gov

CERTIFICIATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion, Memorandum of Points and Authorizes, and Proposed Order was sent by via US MAIL and served electronically through eFiling for Courts, this 7th day of July 2008 and to: Kevin Hargrove at:

Mr. Kevin Hargrove
FCI Rivers CI
POB 630
Winton, NC 27986-0630

/s/ Carol A. Connolly
CAROL A. CONNOLLY (468126)
Assistant Attorney General

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Kevin Hargrove,** ) | |
| ) | |
| Plaintiff, ) | CA 1:08 –CV- 00743 |
| ) | **Judge Richard Roberts** |
| v. ) | |
| ) | |
| **Bernard Gooding,** *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DISTRICT OF COLUMBIA'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO DISMISS[1]**

In support of its Motion to Dismiss Plaintiff's Complaint, this defendant herein submits its memorandum of points and authorities, and states as follows:

**I. STATEMENT OF FACTS**

Plaintiff filed his complaint on April 29, 2008, alleging intentional infliction of emotional distress by several individual employees and the District of Columbia. *See* Complaint at ¶ 2. He states in his compliant "that Defendant Bernard Gooding is a treatment specialist hired by CSOSA under the tips Performance contract. At his place of employment while acting within the scope of his employment on 6/26/06, this defendant knowingly and willfully disregarded all of the documents provided by CSOSA as well as over 20 years of Smart Drug Testing in the totality of the fact in favor of the intentional infliction of emotional distress by falsification of government documents." *Id*. at ¶ 3.

---

[1] The District's Motion to Dismiss is not converted to one for summary judgment by the Court's consideration of documents that are a matter of public record, central to the allegations in plaintiff's complaint and/or subject to judicial notice. *See Messerschmidt v. United States*, 2005 U.S. Dist. LEXIS 3954 (D.D.C. 2005); *See also Abbey v. Modern Africa One, LLC*, 2004 U.S. Dist. LEXIS 2392 (D.D.C. 2004) ("In a motion to dismiss, the Court may consider facts alleged in the pleadings, documents attached as exhibits or incorporated by reference in the complaint, and matters of which the Court may take judicial notice." citing *Baker v. Henderson*, 150 F. Supp. 2d 17, 19 (D. D.C. 2001).

Plaintiff goes on to incorrectly allege that "the Court Services and Offender Supervision Agency (CSOSA) is [a] District of Columbia Government Agency who hires train and oversees and verifies the veracity of all the defendants' in this case." *See Id*. at 7. In fact, the Court Services and Offender Supervision Agency is a <u>federal agency</u> responsible for pretrial services and adult parole, probation, and supervised release in the District of Columbia. *See* <u>www.csosa.gov</u>. The complaint is silent as to <u>any</u> wrongdoing by the District of Columbia. *See* Complaint, generally.

### III. ARGUMENT

*Standard of Review*

In evaluating a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), a court must accept the allegations in the complaint as true. *See*, *e.g.*, *Croixland Properties Ltd. Partnership v. Corcoran*, 174 F.3d 213, 215 (1999). All reasonable inferences must be drawn in favor of the plaintiff, and a court should only dismiss a complaint for failure to state a claim "'if it is clear that no relief could be granted under any set of facts that could be proved consistent with the allegations.'" *Id*. (*quoting Hishon v. King & Spaulding*, 467 U.S. 69, 73 (1984)); *see also Price v. Crestar Secs. Corp.*, 44 F. Supp. 2d 351, 353 (D.D.C. 1999).

In a Rule 12(b)(6) analysis, while the complaint is to be construed liberally, courts "need not accept inferences drawn by plaintiffs if such inferences are unsupported by the facts set out in the complaint. Nor must the court accept the legal conclusions cast in the form of factual allegations." *Kowal v. MCI Communications Corp., Inc.*, 16 F.3d 1271, 1276 (1994) (*citing Papasan v. Allain*, 478 U.S. 265, 286 (1986)). Moreover, while the court "must assume the truth of all statements proffered by the party opposing summary judgment," it need not consider

wholly conclusory statements for which no supporting evidence is offered. *Greene v. Dalton*, 164 F.3d 671, 674–75 (D.C. Cir. 1999).

**Plaintiff's Complaint Fails To State Claim Against the District For Which Relief May Be Granted.**

Plaintiff has brought suit against the herein-named parties and the District of Columbia. *See* Complaint at ¶ 1. Plaintiff's claim against Defendant District of Columbia is premised on the belief that the Court Services and Offender Supervision Agency (CSOSA) is a District of Columbia Government Agency who hires train and oversees and verifies the veracity of all the defendants' in this case. *See id*. at 7. In fact, the Court Services and Offender Supervision Agency (CSOSA) is a federal agency responsible for pretrial services and adult parole, probation, and supervised release in the District of Columbia. *See* **www.csosa.gov**. The complaint only alleges facts against CSOSA, a federal agency, and its federal employees listed as individual Defendants. The complaint is silent as to any wrongdoing by the District of Columbia or its employees. *See* generally Complaint. Thus, Plaintiff's Complaint fails to state a claim against the District and improperly seeks relief against it. As such, the District respectfully requests that this Honorable Court dismiss Plaintiff's complaint.

### III. Conclusion

The District of Columbia respectfully requests that this Honorable Court grant its Motion to Dismiss Plaintiff's Complaint.

    Respectfully submitted,

    PETER J. NICKLES
    Acting Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division


        <u>/s/Samuel C. Kaplan</u>
        SAMUEL C. KAPLAN (463350)
        Assistant Deputy Attorney General


        <u>/s/ Carol A. Connolly</u>
        CAROL A. CONNOLLY (468126)
        Assistant Attorney General
        441 Fourth Street, N.W., Suite 6S012
        Washington, D.C. 20001
        (202) 724-5611
        (202) 727-0431 (fax)
        E-mail:  carol.connolly@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Kevin Hargrove,** | ) | |
| | ) | |
| **Plaintiff,** | ) | CA 1:08 –CV- 00743 |
| | ) | **Judge Richard Roberts** |
| v. | ) | |
| | ) | |
| **Bernard Gooding,** *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## **ORDER**

Upon consideration of the District of Columbia's Motion to Dismiss, the memorandum of points and authorities in support thereof, the plaintiff's opposition, if any, and the entire record herein, it is by this Court, this _____ day of _____, 200____.

ORDERED that the Complaint is hereby DISMISSED WITH PREJUDICE for the reasons stated in the District's motion.

_____
Judge Richard Roberts
Judge, United States District Court for
the District of Columbia

7

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Kevin Hargrove,** | ) |
| | ) |
| Plaintiff, | ) CA 1:08 –CV- 00743 |
| | ) Judge Richard Roberts |
| v. | ) |
| | ) |
| **Bernard Gooding,** *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

Upon consideration of the District of Columbia's Motion to Dismiss, the memorandum of points and authorities in support thereof, the plaintiff's opposition, if any, and the entire record herein, it is by this Court, this _____ day of _____, 200____.

ORDERED that the Complaint is hereby DISMISSED WITH PREJUDICE for the reasons stated in the District's motion.

_____
Judge Richard Roberts
Judge, United States District Court for
the District of Columbia