)FFICE
5TRICT COURT
OF COLUMBIA
HOUSE
I AVENUE, N.W.
, DC 20001

JSINESS



Received
Mail Be...

JUL 17 2008

Nancy Mayer Whittington Cle...
US District Court, District of Columbia

UNITED STATES POSTAGE
PITNEY BOWES

02 1A                    $ 00.42°
0004634648    JUL 09 2008
MAILED FROM ZIP CODE 20001

UNDELIVERABLE AS ADDRESSED:
UNABLE TO IDENTIFY ADDRESSEE
REFUSED BY ADDRESSEE
X RELEASED TO OR AWAY ON COURT ORDER
NEED COMPLETE NAME
NEED REG NUMBER

KEVIN HAR...
R23824-016
RIVERS CORREC...
P.O. Box 630
Winton, NC 27986-0630