UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN HARGROVE, )<br>)<br>       Plaintiff, )<br>) <br>v. )<br>)<br>BERNARD GOODING, et al., )<br>)<br>       Defendants. )<br>_____) | Civil Action No. 08-0743 (RWR) |

### FEDERAL DEFENDANTS' NOTICE TO THE COURT
### REGARDING SERVICE OF PROCESS

Federal Defendants Court Services Offender Supervision Agency ("CSOSA") and CSOSA employees Bernard Gooding, Michael Nias, Jacinda Hencerson, Melanie Smith, and Gregory Harrison[1], by and through the undersigned counsel, hereby file their notice regarding service of process to the Court.

On April 29, 2008, Plaintiff filed his Complaint in this Court. In his Complaint, Plaintiff alleges that the named Defendants intentionally inflicted emotional distress upon him by participating in the falsification of documents and incorrectly representing that Plaintiff was a user of PCP. Complaint, pp. 7-9. Plaintiff seeks a jury trial and damages against Defendants for this alleged infliction of emotional distress. Id. at p. 18.

On June 20, 2008, Plaintiff filed a "Return of Service/Affidavit" regarding service of the complaint and summons on Bernard Gooding, Gregory Harrison, and Court Services Offender

---

[1] The undersigned counsel has not yet received final authority to represent individual defendants Gooding, Nias, Hencerson, Smith, and Harrison and therefore is representing them at this time for purposes of this notice only.

Supervision Agency. [Docket Entry No. 10]. On June 23, 2008 Plaintiff filed a "Return of Service/Affidavit" regarding service of the complaint and summons on Michael Nias and Jacinda Harrison. [Docket Entry No. 11]. Plaintiff, however, has not accomplished proper service on the United States, as required pursuant to Federal Rule of Civil Procedure 4(i)(1). Specifically, proper service on an agency, officer or employee of the United States, is only accomplished:

> (A) by delivering a copy of the summons and of the complaint to the United States attorney for the district in which the action is brought or to an assistant United States attorney or clerical employee designated by the United States attorney in a writing filed with the clerk of the court or by sending a copy of the summons and of the complaint by registered or certified mail addressed to the civil process clerk at the office of the United States attorney and
>
> (B) by also sending a copy of the summons and of the complaint by registered or certified mail to the Attorney General of the United States at Washington, District of Columbia . . . .

To date, Plaintiff has not complied with Rule 4's requirements. Notably, no summons has been issued to the United States Attorney or to the Attorney General.

Given this sequence of events, Defendants' time for responding to the Complaint has not yet begun to run. See Haldane v. Crockford, No. Civ.A. 97-2483, 1998 WL 419617, at *3 (D.D.C. Apr. 23, 1998) ("[D]efendant's obligation to answer or plead to the complaint is predicated on effective service of the complaint."). Although Plaintiff is proceeding pro se, he is required to comply with the Federal Rules of Civil Procedure, including those rules pertaining to proper service. Jarrell v. Tisch, 656 F. Supp. 237, 239 (D.D.C. 1987). Accordingly, until such time as proper service is effected on the United States, the federal Defendants are relieved of

their obligation to respond to Plaintiff's Complaint.[2]

          Respectfully submitted,

            /s/ Jeffrey A. Taylor
          JEFFREY A. TAYLOR, D.C. BAR # 498610
          United States Attorney

            /s/ Rudolph Contreras
          RUDOLPH CONTRERAS, D.C. BAR #  434122
          Assistant United States Attorney

            /s/ Alexander D. Shoaibi
          ALEXANDER D. SHOAIBI, D.C. BAR # 423587
          Assistant United States Attorney
          United States Attorney's Office
          Civil Division
          555 4th Street, N.W. – Room E4218
          Washington, D.C. 20530
          (202) 514-7236

          COUNSEL FOR DEFENDANTS

---

[2] Despite Plaintiff's failure to effect proper service, Defendants anticipate filing a motion to dismiss the Complaint within 60 days of July 22, 2008, which is when the undersigned counsel first received notice regarding this lawsuit.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of July, 2008, a copy of the foregoing Defendants' Notice to the Court Regarding Service of Process was delivered via first-class mail, postage pre-paid to:

>Kevin Hargrove
>R23824-016
>Rivers Correctional Institution
>P.O. Box 630
>Winton, NC 27986-0630

>   /s/ Alexander D. Shoaibi
>ALEXANDER D. SHOAIBI, D.C. BAR # 423587
>Assistant United States Attorney
>555 4th St., N.W.  Room E4218
>Washington, D.C. 20530
>202-514-7236