UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEVIN HARGROVE,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 08-743 (RWR) |
| **BERNARD GOODING** *et al.*, | ) |
| **Defendants.** | ) |

## ORDER

On July 7, 2008, the defendant District of Columbia filed a motion to be dismissed from the case because the complaint alleges actions by employees of the Court Services and Offender Supervision Agency, a federal agency, and no actions by the District of Columbia or its employees. On July 8, 2008, orders were issued advising the *pro se* plaintiff of the obligation to respond by August 8, 2008, and that failure to respond could result in treating the motion as conceded. Plaintiff has not responded. One of the two court orders mailed to plaintiff was returned as undeliverable. The local civil rules obligate a party to advise the Clerk of Court of any change of address within 10 days. Local Civil Rule 11.1. The Clerk of Court has not received a notice of a change of address. Accordingly, it is hereby

ORDERED that the District of Columbia's motion [Dkt. #13] to be dismissed as a defendant in this action be, and hereby is, GRANTED as conceded. The District of Columbia is DISMISSED as a party to this action.

/s/
RICHARD W. ROBERTS
Date: September 4, 2008        United States District Judge